

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00262-CV

| | | |
|---|---|---|
| JACKSBORO NURSING OPERATIONS, LLC, Appellant | § | On Appeal from the 271st District Court |
| v. | § | of Jack County (19-10-120) |
| NADINE NORMAN, INDIVIDUALLY; AS THE REPRESENTATIVE OF THE ESTATE OF ASHLEY NORMAN, DECEASED; AS NEXT FRIEND OF E.N. AND J.L., MINORS; AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES, Appellee | § | April 15, 2021 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellant Jacksboro Nursing Operations, LLC and Appellee Nadine Norman shall split all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel